# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **DYLAN RAY BREAUX ET AL** | **CASE NO. 2:20-CV-00168** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **HOMEFIRST AGENCY INC ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons contained in the Report and Recommendation (doc. 14) of the Magistrate Judge, filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand (doc. 8) filed by Plaintiffs, Dylan Ray Breaux and Hanna Breaux, is hereby **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 19th day of November, 2020.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE